IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LACOYIA MARIE CAMPBELL, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARTIN O'MALLEY | : | No. 21-cv-4166 |
| | : | |

# ORDER

AND NOW on this 26th day of March 2024, upon consideration of Plaintiff Lacoyia Marie Campbell's Brief and Statement of Issues in Support of Request for Review (Doc. 10), Defendant's Response (Doc. 11), and Plaintiff's Reply Brief in Support of Request for Judicial Review (Doc. 17), it is hereby **ORDERED** that:

1. Plaintiff's Request for Review is **DENIED**;

2. **JUDGMENT** is entered in favor of the Defendant and against Plaintiff;

3. The Clerk of Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. MAGISTRATE JUDGE